

**SO ORDERED.**

**SIGNED this 28 day of September, 2023.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WILMINGTON DIVISION

**IN RE:**

| | |
|---|---|
| **ROBERT PAUL SHARPE.** | **CASE NO.  23-00607-DMW** |
| **DEBTOR** | **CHAPTER 13** |

**MARK EASTHAM AND PETER SPARK,**

**PLAINTIFFS**

**v.**                                                  **ADVERSARY PROCEEDING**
                                                        **NO.  23-00089-5-DMW**

**PORT CITY CONTRACTING SERVICES,**
**INC., ROBERT PAUL SHARPE, STONE BAY**
**TACTICAL, LLC AND SRS SUPPLY, LLC,**

**DEFENDANTS**

### ORDER TO SHOW CAUSE

Based upon the motion for show cause order filed by Plaintiffs Mark Eastham and Peter Spark,

IT IS HEREBY ORDERED that Debtor/Defendant Robert Sharpe appear at the time and place indicated below and show cause, if any there be, as to why he should not be held in contempt and sanctions imposed for failure to comply with court order.

**DATE:**     **Thursday, October 5, 2023**
**TIME:**     **1:00 P.M.**
**PLACE:**    **U.S. Courthouse & Post Office Building**
              **300 Fayetteville Street, 3rd Floor**
              **Raleigh, North Carolina 27601**

END OF DOCUMENT