AP–064 Show Cause Order – Rev. 10/05/2023

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE:<br>Robert Paul Sharpe<br>　　　　Debtor(s) | Bankruptcy Case No.:<br>23–00607–5–DMW |
| Mark Eastham<br>et al.<br>　　　　Plaintiff(s)<br>　　　　vs.<br>Port City Contracting Services, Inc.<br>et al.<br>　　　　Defendant(s) | Adversary Proceeding No.:<br>23–00089–5–DMW |

## ORDER TO SHOW CAUSE

Based upon the motion for show cause order filed by Port City Contracting Services, Inc.,

IT IS ORDERED that The DaVinci Company, LLC and DaVinci Aerospace, LLC , by and through its officer, appear at the time and place indicated below and show cause, if any there be, as to why the party should not be held in contempt and sanctions imposed for:

Failure to Comply with Subpoena

DATE:　　Tuesday, November 14, 2023  
TIME:　　10:30 AM  
PLACE:　　300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

Dated: October 30, 2023

　　　　　　　　　　　　　　　　　　　　　David M. Warren  
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge