**AP–064** Show Cause Order – Rev. 10/05/2023

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE:<br>Robert Paul Sharpe<br>      Debtor(s) | Bankruptcy Case No.:<br>23–00607–5–DMW |

| | |
|---|---|
| Mark Eastham<br>et al.<br>      Plaintiff(s)<br>      vs.<br>Port City Contracting Services, Inc.<br>et al.<br>      Defendant(s) | Adversary Proceeding No.:<br>23–00089–5–DMW |

## ORDER TO SHOW CAUSE

Based upon the motion for show cause order filed by Plaintiffs,

IT IS ORDERED that Robert Paul Sharpe appear at the time and place indicated below and show cause, if any there be, as to why the party should not be held in contempt and sanctions imposed for:

Failure to Comply with Court Order entered October 16, 2023

DATE:    Thursday, November 30, 2023
TIME:    10:30 AM
PLACE:  Alton Lennon Federal Building, 2 Princess Street, Wilmington, NC 28401


Dated: November 16, 2023

                                                      David M. Warren
                                                    United States Bankruptcy Judge