**VAN–000** Order Dismissing Show Cause Order – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:

CASE NO.: 23–00089–5–DMW

DATE FILED: September 22, 2023

CHAPTER: 0

ORDER DISMISSING SHOW CAUSE ORDER

IT IS ORDERED that the Show Cause Order entered by the court on November 16, 2023 for Failure to Comply with Court Order is DISMISSED.

DATED: November 30, 2023

David M. Warren
United States Bankruptcy Judge