

SO ORDERED.

SIGNED this 28 day of September, 2023.

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WILMINGTON DIVISION

IN RE:

| | |
|---|---|
| **ROBERT PAUL SHARPE.**<br>　　　　DEBTOR | CASE NO. 23-00607-DMW<br>CHAPTER 13 |
| **MARK EASTHAM AND PETER SPARK,**<br>　　　　**PLAINTIFFS**<br>　　v.<br>**PORT CITY CONTRACTING SERVICES, INC., ROBERT PAUL SHARPE, STONE BAY TACTICAL, LLC AND SRS SUPPLY, LLC,**<br>　　　　**DEFENDANTS** | ADVERSARY PROCEEDING<br>NO. 23-00089-5-DMW |

### ORDER TO SHOW CAUSE

Based upon the motion for show cause order filed by Plaintiffs Mark Eastham and Peter Spark,

IT IS HEREBY ORDERED that Debtor/Defendant Robert Sharpe appear at the time and place indicated below and show cause, if any there be, as to why he should not be held in contempt and sanctions imposed for failure to comply with court order.

　　　　DATE:　　Thursday, October 5, 2023
　　　　TIME:　　1:00 P.M.
　　　　PLACE:　　U.S. Courthouse & Post Office Building
　　　　　　　　　300 Fayetteville Street, 3rd Floor
　　　　　　　　　Raleigh, North Carolina 27601

END OF DOCUMENT