UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:

ROBERT PAUL SHARPE                                CASE NO.: 23-00607-5-DMW

    DEBTOR                                                    CHAPTER 13

MARK EASTHAM AND PETER SPARK,

                    Plaintiffs,        ADVERSARY PROCEEDING NO.:

v.

                             23-00089-5-DMW

PORT CITY CONTRACTING SERVICES,
INC., ROBERT PAUL SHARPE, STONE
BAY TACTICAL, LLC AND SRS SUPPLY,
LLC.

                    Defendants.

## **AFFIDAVIT**

Under penalty of perjury pursuant to 28 U.S.C. § 1746, I Robert Paul Sharpe declare:

1.     I am a federal contractor and primarily worked with the Department of Veterans Affairs (VA), supplying VA Consolidated Mail Order Pharmacies (CMOP) in the United States.

2.     I was was employed by and held controlling stock in Port City Contracting Services, Inc. (PCCS), a North Carolina registered corporation formerly headquartered in New Hanover County.

3.     Plaintiffs Mark Eastham and Peter Spark were officers of, and equity holders in, Port City Contracting Services, Inc. ("PCCS")

4.     PCCS was a federally verified Service-Connected Disabled Owned Small Business (SDVOSB).

5.     The VA SDBVOSB program "Veterans First" earmarks billions of dollars in annual procurement to be "set aside" for disabled owned companies.

6. Because this money is intended to go towards assisting disabled veterans, the benefit program is regulated to ensure the disabled veteran owner receives proper compensation and maintains control of the company per federal regulations in effect at the time. (13 CFR 125.13)

7. I was required to maintain absolute control of PCCS due to educational, experience, and professional licensing held by Spark and Eastham. (EX A)

8. I was required to be the highest compensated person. (EX B)

9. Failure to follow compensation and control requirements as an SDVOSB creates an illegal and fraudulent pass-through entity. Often, these "rent a vet" schemes are prosecuted under 31 U.S.C. § 3729 of the False Claims Act ("FCA").

10. However, in this instance, I was not aware. Instead of "renting" the disabled veteran status for illegal profit, I was financially exploited and mentally abused by Mark Eastham and Peter Spark as part of their fraudulent scheme.

11. As controlling shareholder and officer with PCCS, I am legally and ethically required to investigate FCA fraud when reasonable belief exists fraud may be occurring. 48 CFR §52.203-13

12. On 12/10/2021, due to concerning behavior and newly discovered conversations between Peter Spark and Mark Eastham on PCCS company chat and email platforms, a fraud investigation concerning violations of the False Claims Act began. At that time, whistleblower protection attaches under 31 U.S.C. § 3730(h).

13. On 12/14/2021, Mark Eastham and Peter Spark were terminated from their employment with PCCS due issues with fraud against both PCCS and the federal government.

14. Further investigation compensation and control validated concerns, including:

   a) W-2 forms and financial records intentionally hidden from Plaintiff (EX C, D)
   b) Discussions about theft and illegal control of company assets and work product (EX E)
   c) Discussions and planning to act on the illegal compensation and control scheme (EX G)
   d) Completion of above illegal and fraudulent goals in a federally funded program (EX F)

15. On 12/20/2021, a police report was filed, and initial protected disclosures were made concerning the theft, embezzlement, and fraud by Spark and Eastham. At this time whistleblower protection under 41 U.S.C. § 4712 attaches as well as additional FCA whistleblower protections under 31 U.S.C. § 3730(h). (EX J, K)

16. On 02/04/2022, Mr. Sharpe obtained a 50C protective order against Mr. Spark, at trial and Mr. Spark represented by counsel. The 50C protective order was entered for stalking, harassing, including threats to retaliate, harm, and bankrupt Mr. Sharpe.

17. Additional protected disclosures followed as information became known, including multiple reports of federal fraud as defined under the False Claims Act.

18. On March 4th, 2022, Mark Eastham and Peter Spark fraudulently obtained a TRO, *ex parte*, in New Hanover County. (EX N)

19. Mr. Eastham and Mr. Spark misled the court and obtained an emergency ex parte TRO using perjury of material facts and intentional misrepresentations.

20. Among the perjury, Eastham and Spark lied to the court about a protective order in place for 3 months. (EX P)

21. Plaintiff is a whistleblower and entitled to protection from retaliation under 41 U.S.C. § 4712 and 31 U.S.C. § 3730(h)

I declare under penalty of perjury that the foregoing is true and correct.
Executed on December 7th, 2023.

_____

Robert Paul Sharpe
245 Royal Fern Road
Wilmington NC 28412
p. (910) 540-8157
wilmingtondiver@gmail.com