**SO ORDERED.**

**SIGNED this 14 day of December, 2023.**



_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WILMINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 23-00607-5-DMW |
| ROBERT PAUL SHARPE | CHAPTER 13 |
| DEBTOR | |

| | |
|---|---|
| MARK EASTHAM and PETER SPARK | |
| PLAINTIFFS | |
| vs. | |
| PORT CITY CONTRACTING SERVICES, INC., ROBERT PAUL SHARPE, STONE BAY TACTICAL, LLC, and SRS SUPPLY, LLC | ADVERSARY PROCEEDING NO. 23-00089-5-DMW |
| DEFENDANTS | |

### ORDER DENYING MOTION TO RECONSIDER

This matter comes before the court upon the Emergency Motion to Reconsider and Provide Immediate Relief ("Motion to Reconsider") filed by Robert Paul Sharpe ("Defendant Sharpe") on December 4, 2023. The court conducted a hearing on December 13, 2023 in Raleigh, North Carolina. Defendant Sharpe appeared *pro se*; however, his former counsel Richard P. Cook, Esq.

was also present. John C. Bircher III, Esq. appeared for Mark Eastham and Peter Spark, Joseph A. Bledsoe III, Esq. ("Trustee") appeared on his own behalf as trustee for Defendant Sharpe's Chapter 13 case, Brian C. Behr, Esq. ("BA") appeared on his own behalf as the United States Bankruptcy Administrator, and Kirsten Gardner, Esq. also appeared for the BA.

In the Motion to Reconsider, Defendant Sharpe requests the court to reconsider its Order on Motion to Show Cause ("Show Cause Order") entered on October 16, 2023, as well as to intervene concerning matters between the Defendant Spark and the Trustee and the BA which are unrelated to this adversary proceeding. Defendant Spark provided no evidence or arguments that would support relief from the Show Cause Order pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, made applicable to adversary proceedings by Rule 9024 of the Federal Rules of Bankruptcy Procedure; now therefore,

It is ORDERED, ADJUDGED, and DECREED that the Motion to Reconsider be, and hereby is, denied.

END OF DOCUMENT