**AP–051** Notice re: Remanded Case – Rev. 03/27/2014

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE:<br>Port City Contracting Services, Inc.<br>　　　　Debtor(s) | Bankruptcy Case No.:<br>22–02917–5–DMW |
| Mark Eastham<br>et al.<br>　　　　Plaintiff(s)<br>　　　　vs.<br>Robert Paul Sharpe<br>et al.<br>　　　　Defendant(s) | Adversary Proceeding No.:<br>23–00089–5–DMW |

## MEMORANDUM

To:   The Honorable Ricardo Jensen

An order was entered by the Honorable David M. Warren in the above case on July 1, 2024, a copy of which was served on your office. This order finds that because the action is not a core proceeding and the dismissal of the Sharpe case followed by a settlement, the state court action captioned as Mark Eastham and Peter Spark vs. Port City Contracting Services, Inc. and Robert P. Sharpe is remanded to state court.

Please file a copy of this order in Case No. 22–CVS–001507, and pursuant to the order, please reopen this matter in your court for further proceedings. If you have any questions or concerns regarding this matter, please feel free to contact our office at (919)856–4752. Thank you in advance for your assistance.

Dated: July 1, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　Stephanie J. Butler
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court