AP–035 Deficiency Notice (Document) – Rev. 01/18/2024

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
Port City Contracting Services, Inc.
    Debtor(s)

Bankruptcy Case No.:
22–02917–5–DMW

Mark Eastham
et al.
    Plaintiff(s)
    vs.
Robert Paul Sharpe
et al.
    Defendant(s)

Adversary Proceeding No.:
23–00089–5–DMW

### DEFICIENCY NOTICE

To: Robert Sharpe

Re: Notice of Appeal (Fee 298.00) filed by Robert Paul Sharpe (RE: related document(s)138 Order)

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **July 16, 2024** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief.

The filing fee was omitted. A certified check or money order in the amount of $298.00, made payable to Clerk, U.S. Bankruptcy Court should be submitted. The court does not accept cash or personal checks.

DATED: July 2, 2024

                                              Sarah Donleycott
                                              Deputy Clerk