UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| IN RE: | CASE NO.: |
|---|---|
| PORT CITY CONTRACTING SERVICES, INC. | **22-02917-5-DMW** |
| DEBTOR. | CHAPTER 7 |

## TRANSCRIPT NOTICE

NOW COMES Robert Paul Sharpe, Appellant, respectfully notices this Court, the following transcripts are being sought under IFP, on appeal in district and approved by the Fourth Circuit in 24-1001.

23AP-00089: DE 25, 36, 42, 92; 24-AP-00035 - DE 17.

These transcripts will be requested for use in 24-CV-456-M; 24-CV-556-M; 24-CV-600

Respectfully submitted this 12th day of August 2024,

/s/ Robert Sharpe

Robert Paul Sharpe
245 Royal Fern Rd
Wilmington NC 28412
wilmingtondiver@gmail.com

1

## CERTIFICATE OF SERVICE

I certify that on June 30th, 2022 the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

Respectfully submitted this 12th day of August 2024,

/s/ Robert Sharpe

Robert Paul Sharpe
245 Royal Fern Rd
Wilmington NC 28412
wilmingtondiver@gmail.com

2