**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-2027

PETER SPARK; MARK EASTHAM,

        Plaintiffs - Appellees,

and

ALGERNON L. BUTLER, III,

        Trustee - Appellee,

    v.

ROBERT PAUL SHARPE ,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Richard E. Myers, II, Chief District Judge.  (7:24-cv-00556-M-RJ)

Submitted:  August 28, 2025                            Decided:  September 2, 2025

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Paul Sharpe, Appellant Pro Se. John Charles Bircher, III, DAVIS HARTMAN WRIGHT PLLC, New Bern, North Carolina, for Appellees.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Paul Sharpe appeals the district court's order dismissing for failure to comply with the filing requirements of Fed. R. Bankr. P. 8009 his appeal from the bankruptcy court's order remanding to state court an action that Sharpe had removed to the bankruptcy court as an adversary proceeding. On appeal, Sharpe asks that his applications for leave to proceed in forma pauperis be restricted to court access only. We deny this motion as moot. We have reviewed the record and find no abuse of discretion and no reversible error. Accordingly, we affirm the district court's order. *Spark v. Sharpe*, No. 7:24-cv-00556-M-RJ (E.D.N.C. Oct. 11, 2024); *see In re SPR Corp.*, 45 F.3d 70, 74-75 (4th Cir. 1995) (explaining factors court should consider before dismissal). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*